STANLEY W. PACK
P.O. BOX 620834
LAS VEGAS, NV 89162-0834
Telephone: (702) 453-5941

Trustee in Bankruptcy

RECEIVED AND FILED

2007 JUN 21 P 1: 56

U.S. BANKRUPTCY COURT
PATRICIA GRAY, CLERK

# UNITED STATES BANKRUPTCY COURT
## DISTRICT OF NEVADA

In re:
LIBERTY, JOY J.
      Debtor(s)

Case No. 05-24441 MKN

Chapter 7

NOTICE OF UNCLAIMED FUNDS

TO: Clerk, United States Bankruptcy Court

FROM: Stan Pack, Trustee

Pursuant to Rules 3010 and 3011, of the Bankruptcy Rules, the following unclaimed funds are being forwarded to you to be deposited in the registry of the United States Bankruptcy Court. These funds can be withdrawn as provided in Chapter 129, Title 28 2042

| CLAIM # | CLAIMANT & ADDRESS | CAS 106000 | CAS613300 |
|---|---|---|---|
| 1 | J.C. Penny<br>% Arrow Financial<br>7301 N. Lincoln Ave.<br>Lincolwood, IL 60712 | | $71.54 |
| 5 | GC Service<br>6330 Gulfton<br>Houston, TX 77081 | | $59.32 |
| 7 | 12 Direct Merchant<br>% True Logic<br>7100 E. Belleview #308<br>Englewood, CA 80111 | | $147.49 |
| 13 | Fresh Start<br>P.O. Box 92832<br>Las Vegas, NV 89193 | $5.73 | |
| 15 | LVNV Funding LLC<br>% Allied Interstate<br>3000 Corporate Exchange<br>Columbus, OH 43231 | | $313.00 |
| TOTAL | | $5.73 | $591.35 |

Dated: 6-18-07

_____
Stan Pack, Trustee

184170   597.08